SPENCER F. SMITH, BAR NO. 236587
DOW W. PATTEN, BAR NO. 135931
The Law Offices of Spencer F. Smith
353 Sacramento St., Ste. 1120
San Francisco, CA 94111
Telephone: (415) 520-6950
Fax: (415) 520-0104

Attorneys for Plaintiff
James Judkins

RONALD F. GARRITY, BAR NO. 110488
SARAH E. LUCAS, BAR NO. 148713
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA 94080
Telephone: (650) 615-4860
Fax: (650) 615-4861
rgarrity@sgijlaw.com
slucas@sgijlaw.com

Attorneys for Defendant
GeoVera Holdings, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES JUDKINS, an individual,

Plaintiff,

v.

GEOVERA HOLDINGS, INC., a Delaware Corporation, and DOES 1-20,

Defendants.

Case No. C 11-05415 MEJ

**STIPULATION TO TRANSFER ACTION TO EASTERN DISTRICT OF CALIFORNIA AND ORDER THEREON**

WHEREAS, Plaintiff James Judkins ("Plaintiff") filed this action in the United States District Court for the Northern District of the State of California;

WHEREAS, Defendant Geovera Holdings, Inc. ("Defendant") maintains its principal place of business in Solano, County, California and the events giving rise to this action occurred there; and

WHEREAS, Plaintiff and Defendant agree that the proper venue for this matter is in the United States District Court for the Eastern District of California (Sacramento Division);

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant, through their respective counsel of record, that this action shall be transferred to the United States District Court for the Eastern District of California;

IT IS FURTHER STIPULATED AND AGREED by Plaintiff and Defendant, through their respective counsel of record, that Defendant's time to respond to the Complaint herein shall be extended until twenty (20) days after notice that transfer of this action to the United States District Court for the Eastern District of California is complete.

Date: December 9, 2011

LAW OFFICES OF SPENCER F. SMITH

By: /s/ Dow W. Patten
SPENCER F. SMITH
DOW W. PATTEN
Attorneys for Plaintiff James Judkins

Date: December 9, 2011

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By: /s/ Sarah E. Lucas
RONALD F. GARRITY
SARAH E. LUCAS
Attorneys for Defendant GeoVera Holdings, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ORDER

The parties having stipulated to the transfer of this action to the United States District Court for the Eastern District of California;

IT IS HEREBY ORDERED that this action shall be transferred to the United States District Court for the Eastern District of California, Sacramento Division.

IT IS FURTHER ORDERED that the time for Defendant to respond to the Complaint herein shall be extended until twenty (20) days until notice that transfer of this action to the United States District Court for the Eastern District of California is complete.

Dated: 12/13/11

Maria Elena James
Magistrate Judge of the District Court