SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN:236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiff
JAMES JUDKINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JUDKINS an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GEOVERA HOLDINGS, INC., a Delaware Corporation, and DOES 1-20,<br><br>　　　　　Defendants. | CASE NO.:  2:11-cv-03366-WBS JFM<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF DISCOVERY COMPLETION DATE** |

THE PARTIES BY THEIR UNDERSIGNED COUNSEL HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The Parties have agreed to enter into a second round of mediation, in the hopes of settling the above referenced matter outside of Court.

2. The Parties have agreed to enter into mediation with retired Judge Richard Silver on January 29, 2012.

3. The Parties are simultaneously engaged in discovery and while written discovery is almost complete, deposition dates for various employees and former employees of Defendant have yet to be scheduled.

1

4. Both parties request that the time to complete discovery be extended by 90 days, thereby moving the discovery completion date to Monday, March 5, 2013.

5. The Court's extension of the time to complete discovery shall in no way inhibit either Parties' litigation rights.

**IT IS SO AGREED.**

Dated: November 19, 2012  SMITH PATTEN

 */s/ Spencer F. Smith*
SPENCER F. SMITH, ESQ.
DOW W. PATTEN, ESQ.
Attorneys for Plaintiff

Dated: November 20, 2012  SIMPSON, GARRITY, INNES & JACUZZI

 */s/ Sarah Lucas*
SARAH LUCAS, ESQ.
Attorneys for Defendants

**GOOD CASE APPEARING, IT IS SO ORDERED,**

DATED:  November 21, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE