RONALD F. GARRITY, BAR NO. 110488
SARAH E. LUCAS, BAR NO. 148713
SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation
601 Gateway Boulevard, Suite 950
South San Francisco, CA  94080
Telephone:  (650) 615-4860
Fax:  (650) 615-4861
rgarrity@sgijlaw.com
slucas@sgijlaw.com

Attorneys for Defendant
GeoVera Holdings, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JUDKINS, an individual, | ) Case No. 2:11-CV-03366-WBS-JFM |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | ) |
| GEOVERA HOLDINGS, INC., a Delaware Corporation, and DOES 1-20, | ) |
| Defendants. | ) |

**STIPULATION**

WHEREAS, Plaintiff James Judkins ("Plaintiff") filed this action against Defendant GeoVera Holdings, Inc. ("Defendant") alleging claims for: (1) Disability Discrimination in violation of the Americans with Disabilities Act, ("ADA"),  (2) Retaliation in violation of the ADA, (3)   Disability Discrimination in violation of California's Fair Employment and Housing Act ("FEHA"), (4) Failure to Accommodate  in violation of the FEHA, (5) Failure to Engage in the Interactive Process in violation of the FEHA, and (6) Retaliation in violation of the FEHA and the Family Medical leave Act ("FMLA");

1  WHEREAS, on January 29, 2013, both Parties and their respective counsel of record participated in a mediation session with Retired Judge Richard Silver and thereafter continued to discuss settlement, including an full-day settlement meeting between the Parties and their counsel on February 19, 2013; and

WHEREAS, the Parties have entered into a written settlement agreement, by which Plaintiff releases all claims and causes of action against Defendant, including the claims asserted by him in this Action for Disability Discrimination in violation of the ADA, Retaliation in violation of the ADA, Disability Discrimination in violation of the FEHA, Failure to Accommodate in violation of the FEHA, Failure to Engage in the Interactive Process in violation of the FEHA, and Retaliation in violation of the FEHA and the FMLA.

THEREFORE, PLAINTIFF AND DEFENDANT HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Federal Rules of Civil Procedure 41(a)(1), to to dismiss the above-captioned matter with prejudice. This stipulation and dismissal completely terminates the above-entitled action against all parties. Each party will bear its/his own attorneys' fees and costs.

The parties hereto also request that this court retain jurisdiction in order to enforce the terms and conditions of the settlement and release.

Date:  February 25, 2013	Respectfully submitted,

SIMPSON, GARRITY, INNES & JACUZZI
Professional Corporation

By:   /s/ Sarah E. Lucas
   RONALD F. GARRITY, ESQ.
   SARAH E. LUCAS, ESQ.
Attorneys for Defendant
GeoVera Holdings, Inc.


Date: February 22, 2013	SMITH PATTEN

By:   /s/ Dow Patten
   SPENCER SMITH, ESQ.
   DOW PATTEN, ESQ.
Attorneys for Plaintiff James Judkins

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefor,

The release by Plaintiff of all claims and potential claims he has or may have against Defendant for violation of Plaintiff's rights under the statutes referenced above is hereby APPROVED; and

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated:   February 27, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE